# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 97-284 (JAF) |
| VICTOR M. VALLE LASALLE, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| February 8, 2005 | s/ Jacabed Rodríguez Coss |
| *Date* | *Signature* |
| | Jacabed Rodríguez Coss |
| | *Print Name* |
| | *Torre Chardon, Suite 1201* |
| | *Address* |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | *(787) 766-5656* |
| | Phone Number |

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CMF/ECF system which will send notification to the counsel of record:

s/ Jacabed Rodríguez Coss
Jacabed Rodríguez Coss
