UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

NICHOLAS PEÑA-GONZALEZ,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1683 (JAF)

(Criminal No. 97-284)

## **J U D G M E N T**

Pursuant to the terms and conditions of an Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition. Rules 2 and 4, <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 23rd day of August, 2005.

                S/José Antonio Fusté
                JOSE ANTONIO FUSTE
            Chief U. S. District Judge