IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff**<br><br>v.<br><br>**NICHOLAS PEÑA-GONZALEZ**<br>**Defendant** | Cr. 97-284-03(JAF) |

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 28 U.S.C. 944(u),
18 U.S.C. 3582(c)(2), 18 U.S.C. 3553(a), U.S.S.G. 1B1.10, AS AMENDED ON 03/08/08,
AND ADMINISTRATIVE DIRECTIVE, MISC. 08-31(JAF), ENTERED ON 02/15/08**

**TO THE HONORABLE COURT**
**HONORABLE JOSE A. FUSTE,**
**U.S. CHIEF DISTRICT JUDGE:**

Comes now, Defendant Nicholas Peña-González, through the undersigned court-appointed counsel, and very respectfully informs, states and prays as follows:

1.   Defendant Nicholas Peña-González was sentenced in Cr. 97-284 on March 20, 2001, to three hundred and sixty (360) months of imprisonment. He is presently at U.S.P. Canaan, PA. His projected release date is August 19, 2024.

The instant motion is filed prior to March 3, 2008, intending to comply with the <u>Administrative Directive</u> in Misc. No. 08-31 (JAF), entered on February 15, 2008, (Dkt. #01), after reviewing, to the extent possible, either the available defense files, and/or CM/ECF reports, and/or appellate files before the U.S. Court of Appeals for the First Circuit, as well as the available BOP information as to the projected release date. This motion for reduction of sentence is filed pursuant

1

to 28 U.S.C. 944(u), 18 U.S.C. 3582(c)(2), 18 U.S.C. 3553(a), U.S.S.G. 1B1.10, as amended on March 3, 2008, and Administrative Directive, Miscellaneous 08-31(JAF), entered on February 15, 2008, (Dkt. #01).

THEREFORE, it is respectfully requested that this Honorable Court to remain informed of the above, and any other remedy pursuant to law.

I do certify that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office, <u>Attn</u>: Supervisory Asst. U.S. Attorney Jeannette Mercado and Assistant U.S. Attorney José Ruiz, Chief, Criminal Division, Torre Chardón, 350 Carlos Chardón St., Suite 1201, San Juan, PR 00918; Tels. (787) 282-1884 and (787) 282-1809, e-mail: jeanette.mercado@usdoj.gov and jose.ruiz3@usdoj.gov, respectively; and to the U.S. Probation Office, <u>Attn</u>: Assistant Deputy Chief U.S. Probation Officer Zulma Basora, 400 Federico Degetau Federal Building, 150 Carlos Chardón Avenue, San Juan, PR 00918-1703; Tel. (787) 766-5814; e-mail: zulma_basora@prp.uscourts.gov and belinda_zayas@prp.uscourts.gov.

Respectfully submitted, in San Juan, Puerto Rico, today, March 2, 2008.

    FOR COURT-APPOINTED DEFENDANT
    NICHOLAS PEÑA-GONZALEZ

    S/RAFAEL ANGLADA-LÓPEZ, ESQ.
    RAFAEL ANGLADA-LÓPEZ, ESQ.
    U.S.D.C. - P.R. 202508
    PO BOX 194886
    SAN JUAN, PUERTO RICO 00919
    TEL. (787) 525-1981
    E-mail: angladalr@yahoo.com