IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v

NICHOLAS PEÑA-GONZALEZ,
    *Defendant*.

CRIMINAL NO. 97-284 (JAF)

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant **Nicholas Peña-González**.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

In San Juan, Puerto Rico, on the 5th day of March, 2008.

    **JOSEPH C. LAWS, JR.**
    **Federal Public Defender**
    **District of Puerto Rico**

    S/Melanie Carrillo-Jimenez
    MELANIE CARRILLO-JIMENEZ
    Assistant Federal Public Defender
    USDC-PR   225107
    241 F.D. Roosevelt Avenue
    San Juan, PR  00918-2305
    Phone No. (787) 281-4922
    Melanie_Carrillo@fd.org

USA v. Nicholas Peña-Gonzalez                                                                Page 2
Criminal No. 97-284 (JAF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 5th day of March, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR  225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2305
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org