IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

**NICHOLAS PENA-GONZALEZ**
Defendant

Criminal case no. 97-284 (JAF)

## INFORMATIVE MOTION

TO THE HONORABLE JOSE A. FUSTE
UNITED STATES CHIEF JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, the Defendant, **Mr. Nicholas Pena-Gonzalez,** by and through the undersigned attorney, and before this Honorable Court respectfully notifies that a retroactivity package was received as well as a Recommendation, filed by the Probation Office, regarding the applicability of the crack amendment to the case at hand. Regardless of the recommendation made by the Probation Office, the defendant still requests a reduction on his sentence, based on the crack amendment (18 U.S.C. 3582 (c)(2)).

RESPECTFULLY SUBMITTED.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the, Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 1st day of July, 2008.

**JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico**

*S/Melanie Carrillo Jiménez*
Melanie Carrillo-Jiménez
Assistant Federal Public Defender
USDC-PR 225107
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Melanie_Carrillo@fd.org