AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Puerto Rico

| | |
|---|---|
| United States of America ) <br> v. ) <br> **NICHOLAS PEÑA-GONZALEZ** ) <br> **AKA NICOLAS PEÑA-GONZALEZ,** ) <br> **AKA "NICKY"** ) <br> Date of Previous Judgment: MARCH 12, 2001 ) <br> (Use Date of Last Amended Judgment if Applicable) ) | Case No: 97-284-003 (JAF) <br> USM No: 22198-038 <br> RAFAEL ANGLADA, ESQ. <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The Defendant was sentenced to 360 months for his participation in a drug-related crime, firearms, resulting in death. The main charge was murder related to a drug-trafficking offense. The crack retroactivity amendments are not applicable to this case.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 2, 2008                          s/José A. Fusté
                                                       Judge's signature

Effective Date: _____                    JOSE A. FUSTE, U.S. DISTRICT JUDGE
(if different from order date)               Printed name and title